Joe COLE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 45084.

Missouri Court of Appeals,
Western District.

Aug. 25, 1992.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SPINDEN and SMART, JJ.

ORDER

PER CURIAM.

Appeal from denial, after an evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).